UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DORAANNE PEREZ,

    Plaintiff,

v.     CIV 15-0429 MCA-KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 12, 2016. *See Doc. 37.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 18. To date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 37)* is ADOPTED;

2. Plaintiff's Motion to Reverse or Remand *(Doc. 27)* is denied; and

3. A final order is entered concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE